UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 20-455-DLB

PERCY JAMES TUCKER                                                                          PETITIONER

v.                                              **JUDGMENT**

FRANCISCO QUINTANA                                                                      RESPONDENT

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)     Petitioner Percy James Tucker's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 1) is **DENIED WITHOUT PREJUDICE**;

(2)     This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 19th day of November, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge